AO 91 (Rev 8/01) Criminal Complaint

# United States District Court

**SOUTHERN** DISTRICT OF **TEXAS**
McALLEN DIVISION

UNITED STATES OF AMERICA
V.
Heriberto Islas San Agustin

United States Courts
Southern District of Texas
FILED

*April 14, 2024*

Nathan Ochsner, Clerk of Court

**CRIMINAL COMPLAINT**

Case Number: M-24-0627-M

IAE  YOB: 1986
Mexico

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief.

On or about **April 13, 2024** in **Starr** County, in the **Southern** District of **Texas**

The Defendant being then and there an alien who had previously been deported from the United States to Mexico in pursuance of law, and thereafter was found near Roma, Texas, within the Southern District of Texas, the Attorney General of the United States and/or the Secretary of Homeland Security, not theretofore having consented to a reapplication by the Defendant for admission into the United States;

in violation of Title **8** United States Code, Section(s) **1326** (Felony).
I further state that I am a(n) **Border Patrol Agent** and that this complaint is based on the following facts:

Heriberto Islas San Agustin was encountered by Border Patrol Agents near Roma, Texas, on April 13, 2024. The investigating agent established that the Defendant was an undocumented alien and requested record checks. The Defendant claims to have illegally entered the United States on April 12, 2024, near Roma, Texas. Record checks revealed the Defendant was formally Deported/Excluded from the United States on March 26, 2024, through Laredo, Texas. Prior to Deportation/Exclusion, the Defendant was instructed not to return to the United States without permission from the U.S. Attorney General and/or the Secretary of Homeland Security.

Continued on the attached sheet and made a part of this complaint: ☐ Yes ☒ No

Complaint authorized by AUSA R. Guerra
Submitted by reliable electronic means, sworn to and attested telephonically per Fed. R. Cr.P.4.1, and probable cause found on:

April 14, 2024  3:12 pm

/s/ Jose A. Presichi
Signature of Complainant

Jose A. Presichi  Border Patrol Agent

Nadia S. Medrano , U.S. Magistrate Judge
Name and Title of Judicial Officer

Signature of Judicial Officer